Announced Wednesday, February 24.

38693. State, ex rel., DeWeaver, appellant v. Faust et al., Board of Examiners of Plumbers of City of Dayton, appellees.

Schneider, Judge.

Sections 2506.01 to 2506.04, inclusive, Revised Code, afford an adequate remedy at law by way of appeal from a final order, adjudication or decision of an administrative board, so that the writ of prohibition will not issue at the instance of a party who alleges irregularities in the proceedings of such a board and an-

ticipates that such a board will deprive him of procedural and substantive rights.

Judgment affirmed.

Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert and Brown, JJ., concur.